UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:23-cv-62329-WPD

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

A PAW ABOVE LLC, a Florida Limited Liability Company and INVESTMENT UNO LLC, a Florida Limited Liability Company

    Defendants
_____/

## NOTICE OF SETTLEMENT

    The undersigned counsel hereby files this Notice of Settlement and gives notice to this Honorable Court that the parties are in the process of completing settlement documents which will resolve all the issues pertaining to this lawsuit and will be submitting a Stipulation of Dismissal shortly thereafter.


Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff, HOWARD MICHAEL CAPLAN

Case No. 0:23-cv-62329-WPD

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

A PAW ABOVE LLC, a Florida Limited Liability Company and INVESTMENT UNO LLC, a Florida Limited Liability Company

    Defendants.
_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on March 08, 2024, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff

# SERVICE LIST:

HOWARD MICHAEL CAPLAN vs. A PAW ABOVE LLC, a Florida Limited Liability Company and INVESTMENT UNO LLC, a Florida Limited Liability Company

United States District Court Southern District of Florida

Case No. 0:23-cv-62329-WPD

**A PAW ABOVE LLC**

**REGISTERED AGENT:**

HINNERS-LEVINE, GRETCHEN
1532 WASHINGTON ST
HOLLYWOOD, FL 33020

**VIA U.S. MAIL**

**INVESTMENT UNO LLC**

**REGISTERED AGENT:**

COHEN COHEN, NISSIN
17885 COLLINS AVE
SUITE 1005
SUNNY ISLES BEACH, FL 33160

**VIA U.S. MAIL**