UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-62329-CIV-DIMITROULEAS

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

A PAW ABOVE LLC, a Florida Limited
Liability Company and INVESTMENT UNO
LLC, a Florida Limited Liability Company,

    Defendants.
_____/

## ORDER APPROVING VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal of Action With Prejudice (the "Notice") [DE 13], filed herein on April 24, 2024. The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 13] is hereby **APPROVED**.

2. This case is **DISMISSED WITH PREJUDICE**; and

3. The case shall remain closed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24th day of April 2024.

Copies furnished to:

Counsel of record

WILLIAM P. DIMITROULEAS
United States District Judge

1